<u>AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL</u>

RE:   Locust Street Managers LLC
      Case No. 08-14621-reg and 09-11094-reg
      Jointly Administered

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF NASSAU)

Marianne Mastrocco, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Franklin Square, New York.

That on the 18th day of November, 2009, I served the within *NOTICE OF MOTION, MOTION AND PROPOSED ORDER* upon the Office of the United States Trustee and all parties who filed notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy procedure at their following respective addresses by depositing a true copy of the same enclosed in a post-paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

<u>*SEE ATTACHED SERVICE LIST*</u>

_____
Marianne Mastrocco

Sworn to before me this
18th day of November, 2009

_____
NOTARY PUBLIC

MARIA IANNUCCI
Notary Public, State of New York
Registration No. 01IA6191153
Qualified in Nassau County
Commission Expires August 4, 20 12

## *SERVICE LIST*

Farber, Brocks & Zane, LLP
Attorneys for Peter F. Gaito and
Peter F. Gaito & Associates, P.C.
51 Charles Street, 2nd Floor
Mineola, New York 11501
Attn: Braden H. Farber, Esq.

Morrison & Foerster LLP
Attorneys for Bank of New York Mellon
1290 Avenue of the Americas
New York, NY 10104-0050
Attn: Karen Ostad, Esq.

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Podvey, Meanor, Catenacci, Hildner,
Cocoziello & Chattman
Attorneys for Structural Steel Fabricators, Inc.
One Riverfront Plaza, 8th Floor
New York, NY 07102
Attn: Anthony M. Rainone, Esq.

Polsinelli Shalton Flanigan Suelthaus PC
Attorneys for HRC Fund IV Domestic LLC
7 Penn Plaza
Suite 600
New York, New York 10001
Attn: Daniel J. Flanigan, Esq.

Polsinelli Shalton Flanigan Suelthaus PC
Attorneys for HRC Fund IV Domestic LLC
700 W. 47th Street, Suite 1000
Kansas City, MO 64112-1805
Attn: Brett D. Anders, Esq.

Welby, Brady & Greenblatt, LLP
Attorneys for D&J Concrete Corp.
11 Martine Avenue - PH
White Plains, New York 10606
Attn: Michael I. Silverstein, Esq.

## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

RE:    Locust Street Managers LLC
       Case No. 08-14621-reg and 09-11094-reg
       Jointly Administered

STATE OF NEW YORK)
                           ) ss.:
COUNTY OF NASSAU)

       Marianne Mastrocco, being duly sworn, deposes and says:

       That I am not a party to this action, am over the age of 18 years, and reside in Franklin Square, New York.

       That on the 18th day of November, 2009, I served the within *NOTICE OF MOTION* upon all creditors and parties in interest at their following respective addresses by depositing a true copy of the same enclosed in a post-paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

*SEE ATTACHED SERVICE LIST*

                                              Marianne Mastrocco

Sworn to before me this
18th day of November, 2009

_____
NOTARY PUBLIC

MARIA IANNUCCI
Notary Public, State of New York
Registration No. 01IA6191153
Qualified in Nassau County
Commission Expires August 4, 20__

## *SERVICE LIST*

A&J Cianciulli Inc.
1015 Saw Mill River road
Yonkers, NY 10710-3289

Accurate Precast Corp.
1957 Pitkin Avenue
Brooklyn, NY 11201

Acme Architectural Products, Inc.
1 Lombardy Street
Brooklyn, NY 11222

Bank of New York Mellon
One Wall Street
New York, NY 10286

Best Choice Drywall, Inc.
P.O. Box 2492
Mt. Vernon, NY 10550

Board of Water Supply of City of Mt. Vernon
P.O. Box 271
Mt. Vernon, NY 10551

C. Williams Electrical Construction
464 South 10th Avenue
Mt. Vernon, NY 10550

Capital Fire Sprinkler Co., Inc.
51-51 59th Place
Woodside, NY 11377

Cassone Leasing Inc.
1950 Lakeland Avenue
Ronkonkoma, NY 11779

Certified Testing Laboratories, Inc
2623 Roberts Avenue
Bronx, NY 10461

Chase
National Legal Processing
451 Florida Street, 3rd Floor
Baton Rouge, LA 70826

Chase Bank
OH1-1188
340 S. Cleveland Avenue, Bldg. 370
Westerville, OH 43081

City of Mount Vernon Comptroller's Office
P.O. Box 10006
Mt. Vernon, NY 10550

CK Associates, inc.
1066 Brown Road
Bridgewater, NJ 08807

Clairmont Paciello & Co., P.C.
250 Tanglewood Lane
King of Prussia, PA 19406

Consolidated Edison JAF Station
P.O. Box 1702
New York, NY 10116

Consolidated Edison of New York
Bankruptcy Group
4 Irving Place, Room 1875-S
New York, NY 10003-3502

Consolidated Edison of New York JAF Station
P.O. Box 172
New York, NY 10116

D&J Concrete Corp.
5 Schuman Road
Millwood, NY 10546

D.D.S.O. Mechanical, LLC
35 Van Steuben. Road
Fishkill, NY 12524

2

D'Agostino, Levine & Landesman, LLP
345 Seventh Avenue, 23rd Fl.
New York, NY 10001

Dell Business Credit
P.O. Box 81577
Austin, TX 78708

Dell Financial Services LLC
c/o Resurgent Capital Services
P.O. Box 10390
Greenville, South Carolina  29603-0390

DFS Acceptance
P.O. Box 5275
Carol Stream, IL 60197

Dutchess Overhead Doors, Inc.
40 Arlington Avenue
Poughkeepsie, NY 12603

Feldman Lumber Inc.
1281 Metropolitan Avenue
Brooklyn, NY 11237

First American Title insurance Comp
633 Third Avenue
New York, NY 10017

Fort-Cica/Roofing Contractors, Inc.
720 East 141st Street
Bronx, NY 10454

Goodman Co., L.P.
5151 San Felipe, Suite 500
Houston, TX 77056

H&L Air Systems LLC
5 Cove Avenue
Norwalk, CT 06855

Hartford Ins. Co, of Midwest
P.O. Box 620
Hartford, CT 06104

3

Internal Revenue Service
IRS Insolvency Group 4
290 Broadway
Stop 5th Floor
New York, NY 10017

Internal Revenue Service
Centralized Insolvency Operations
11601 Roosevelt Blvd.
P.O. Box 21126
Philadelphia, PA 19114-0326

John H. Martin
180 East Post Road
White Plains, NY 10601

Joseph S. Petrillo
180 East Post Road
White Plains, NY 10601

Judelson Development Group LLC
79 Alexander Avenue
Bronx, NY 10454

Lara Painting, Incorporated
257 Valentine Lane, Apt. 7G
Yonkers, NY 10705

LDipparyStudio
Lori Dippary
214 West 103rd Street, #3D
New York, NY 10025

Lila Judelson
7 Pheasant Run
Scarsdale, NY 10583

Locust Contracting Corp
79 Alexander Avenue
Bronx, NY 10454

Locust Street Managers LLC
79 Alexander Avenue
Suite 33-A
Bronx, New York 10454

Marjam Supply Co., Inc.
885 Conklin Street
Farmingdale, NY 11735

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
Attn: Karen Ostad, Esq.

Natalie Judelson
43 East 19th Street
New York, NY 10003

New York City Dept. of Finance
P.O. Box 3213
Church Street Station
New York, NY 10242-0323

New York State Dept. of Tax
Bankruptcy Unit Special Procedures
P.O. Box 5300
Albany, NY 12205-0200

Northwest USA, Inc.
230 Park Avenue
New York, NY 10169

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201-3719
Attn: Legal Affairs-Devora Cohn

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

P.R. Iron Work LLC
1820 Boone Avenue
Bronx, NY 10460

P.R. Iron Work LLC
1830 Boone Avenue
Bronx, NY 10460

Peter F. Gaito & Associates, P.C.
399 Knollwood Road, Suite 106
White Plains, NY 10603

Phoenix Building Corp.
220 White Plains Road
Tarrytown, NY 10591

Podvey, Meanor, Catenacci, Hildner,
Cocziello & Chattman
One Riverfron Plaza
9th Floor
Newark, NJ 07102

Polsinelli Shalton Flanigan Suelthaus PC
Attorneys for HRC Fund IV
7 Penn Plaza
Suite 600
New York, NY 10001-0017
Attn: Daniel J. Flanigan, Esq.

Polsinelli Shalton Flanigan Suelthaus PC
Attorneys for HRC Fund IV
700 W. 47th Street, Suite 1000
Kansas City, MO 64112-1805
Attn: Brett D. Anders, Esq.

Riverview Kitchen Organization
d/b/a RKO Ltd.
5 Westwood Circle
Sleepy Hollow, NY 10591

Service Sign Erectors Co., Inc.
120 East 131st Street
New York, NY 10037

Shannon Brothers Contracting, Inc.
145 Sterling Avenue
Yonkers, NY 10704

State of New York
Office of the Attorney General
120 Broadway
New York, NY 10271-0332

Steven Judelson
79 Alexander Avenue
Suite 33-A
Bronx, NY 10454-4475

Structural Steel Fabricators, Inc.
113 Weston Road
Hillsborough, NJ 08844

SW Development Group Ltd.
79 Alexander Avenue
Suite 33-A
Bronx, NY 10454

TCI Construction Inc.
36-17 Starr Avenue
Long Island City, NY 11101

Time Warner Telecom
10475 Park Meadows Drive
Littleton, Co 80124
Attn: Legal Department, 4th Floor

Time Warner Cable
701 N. MacQuesten Parkway
Mt. Vernon, NY 10553

Tri-County Office Furniture, Inc.
750 South Fulton Avenue
Mt. Vernon, NY 10550

Trigger Construction, Inc.
50 Cross Road
Patterson, NY 12563

United States Attorney
86 Chambers Street
New York, NY 10007

United States Attorney
One St. Andrew Plaza
New York, NY 10007-1781

7

United States Dept. of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

Verizon
c/o Bankruptcy Group
3900 Washington Street, Fl. 1
Wilmington, DE 19802

Verizon
P.O. Box 15124
Albany, NY 12212

Westchester Wall & Stucco, Inc.
137 South MacQuesten Parkway
Mt. Vernon, NY 10550

Welby, Brady & Greenblatt, LLP
Attorneys for D&J Concrete Corp.
11 Martine Avenue - PH
White Plains, New York  10606
Attn:  Michael I. Silverstein, Esq.

8